UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

RICHARD SAYAGE,

                      Plaintiff,

    v.

BASELINE FINANCIAL,

                      Defendant.

------------------------------------------------------------X

05 CV 1036 (LAP)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/05

LORETTA A. PRESKA, United States District Judge:

In light of the parties' settlement in open court on December 5, 2005, the action is dismissed with prejudice. The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

Dated: New York, New York
       December 5, 2005

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.

SAVAGEORDER